**Launeil SANDERS, Plaintiff–Appellant,**

v.

**Administrator Lisa JACKSON, U.S. EPA Administrator; SCDHEC, South Carolina Department of Health and Environmental Control; Abitibi Bowater Corporation; International Paper Company, Defendants–Appellees.**

No. 11–1190.

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2011.

Decided: July 5, 2011.

Launeil Sanders, Appellant Pro Se. Tamara N. Rountree, United States Department of Justice, Washington, D.C., for Appellee.

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Launeil Sanders appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Sanders v. Jackson,* No. 6:11–cv–00231–RBH, 2011 WL 704851 (D.S.C. Feb. 22, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*